# United States District Court
## *Southern District of Georgia*

Joseph Lamar Medlock

## JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-251

United States Of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated April 27, 2017, adopting the Report and

Recommendation of the Magistrate Judge as the opinion of this Court; denying Medlock's 2255

petition. This action stands closed.



| April 27, 2017 | Scott L. Poff |
| --- | --- |
| Date | Clerk |
| | (By) Deputy Clerk |